UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 2:07 pm, Jan 17, 2023

THE UNITED STATES ATTORNEY CHARGES:

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. 4:23cr-008 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 7 and 13 |
| | ) | |
| ROBERT W. HAILE | ) | O.C.G.A. § 16-6-8 |
| | ) | Public Indecency |

**COUNT ONE**
*Public Indecency*
O.C.G.A. § 16-6-8

On or about September 14, 2022, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**ROBERT W. HAILE**

did unlawfully perform a lewd act by exposing his sexual organ and appearing in a state of partial nudity in a public place, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 16-6-8.

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Michael Spitulnik*

Michael Spitulnik
Special Assistant United States Attorney
IL Bar No. 6321559