UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
John E. Triplett, Clerk of Court
United States District Court
*By JamesBurrell at 2:07 pm, Jan 17, 2023*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | INFORMATION NO. 4:23cr-008 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 7 and 13 |
| | ) | |
| **ROBERT W. HAILE** | ) | O.C.G.A. § 16-6-8 |
| | ) | Public Indecency |

## PENALTY CERTIFICATION

### Count One
### Public Indecency

- A fine of no more than $1,000,
- Imprisonment of no more than 12 months, or both;
- A period of supervised release not to exceed 12 months;
- A $25 special assessment.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Michael Spitulnik*

Michael Spitulnik
Special Assistant United States Attorney
IL Bar No. 6321559